CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 17 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JEROME J. WEST, ) | |
|    Plaintiff, ) | Civil Action No. 7:07-cv-00474 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| D. A. BRAXTON, et. al., ) | By: Hon. James C. Turk |
|    Defendant(s). ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), as barred by the applicable statute of limitations, and is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 17th day of October, 2007.

                          /s/ James C. Turk
                          Senior United States District Judge